UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| UNITED STATES OF AMERICA, | ) | CASE NO. 3:07-cr-96-LRH-VPC |
|---|---|---|
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| RICHARD ALLEN COOPER, | ) | |
| Defendant. | ) | |

Presently before the court is the matter of U.S. v. Richard Allen Cooper.

On October 21, 2014, this court held a hearing for revocation of supervised release as to defendant Richard Allen Cooper. IT IS ORDERED that the current term of Supervised Release be reinstated and the Sentencing hearing regarding revocation is continued to May 18, 2015. IT IS FURTHER ORDERED that all previously ordered terms and conditions of Supervised Release conditions are in full force and effect, with the added condition that the defendant, Richard Allen Cooper shall reside in the Las Vegas halfway house and participate in and complete the C.A.R.E program.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that defendant Richard Allen Cooper shall reside in a Las Vegas residential re-entry center program and successfully participate in the C.A.R.E. program through completion, an estimated period of approximately (7) seven months. IT IS FURTHER ORDERED that a Status Hearing is set on Monday, May 18, 2015, at 11:00 a.m. in Reno Courtroom 3 before Judge Larry R. Hicks. The defendant shall remain in custody until such time as USPO Gabonia has secured bed space for the defendant and he is transported to the halfway house.

///

///

1       IT IS ORDERED that the United States Marshal Service shall transport the defendant back to
2  the Pahrump facility where he shall remain until bed space at the halfway house in Las Vegas
3  becomes available.

4       IT IS FURTHER ORDERED that upon the availability of bed space, the United States
5  Marshal shall transport the defendant directly to the Las Vegas halfway house accordingly.

6        IT IS SO ORDERED.

7       DATED this 21st day of October, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE